FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG 11 PM 3:54
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR500-006 |
| | ) | |
| JOHN PEYTON WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is Defendant's Motion Pursuant to 18 U.S.C. § 3582(c)(2). (Doc. 86.) In the motion, Defendant requests that the Court grant a reduction of his federal sentence based on the retroactive application of Amendment 782 to the United States Sentencing Guidelines. (Id.) For the following reasons, Defendant's motion is **DENIED**.

On December 13, 2000, Defendant was sentenced to a term of 188 months imprisonment for conspiracy to possess with intent to distribute and to distribute cocaine hydrochloride. (Doc. 59.) On April 7, 2014, Defendant began to serve a 5-year term of supervised release. On November 25, 2015, Defendant's term of supervised release was revoked because of his failures to refrain from unlawful use of a controlled substance, and to notify his probation officer within 72 hours of being arrested or questioned by a law enforcement officer. (Doc. 85.) Accordingly, Defendant was committed to the custody of the United States

Bureau of Prisons for a term of thirteen months. (Id. at 3.) Defendant now asks for a reduction of that sentence.

Defendant is not entitled to such a reduction because Amendment 782 does not apply to revocation sentences. See U.S. Sentencing Guidelines Manual, § 1B1.10 cmt. n.7(A) (U.S. Sentencing Comm'n 2015), ("only a term of imprisonment imposed as part of the original sentence is authorized to be reduced under this section. This section does not authorize a reduction in the term of imprisonment imposed upon revocation of supervised release."). Because Defendant is currently serving a term of imprisonment imposed due to a revocation of supervised release, the Court lacks the authority to reduce Defendant's sentence. See United States v. Brown, 2016 WL 3222917 (M.D. Ga. Jan. 28, 2016). Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 11th day of August 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA